FILED
CLERK, U.S. DISTRICT COURT
JAN 6 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Isaiah Robinson, <br><br> Defendant. | Case No.: 5:26-MJ-00006 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (X) information in the Pretrial Services Report and Recommendation
  (X) information in the violation petition and report(s)
  (X) the defendant's nonobjection to detention at this time
  ( ) other: _____

1   and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the safety
4            of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c). This finding is based on the following:
6            (X)   information in the Pretrial Services Report and Recommendation
7            (X)   information in the violation petition and report(s)
8            (X)   the defendant's nonobjection to detention at this time
9            ( )   other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: January 6, 2026

                                                        _____
                                                        SHERI PYM
                                                        United States Magistrate Judge